REDACTED

REDACTED

REDACTED

Page 57

1 Q. And what is the potential significance to you of
2 the fact that Culver City -- I'm sorry, that GOPAC meat
3 was both used in the Culver City grind that tested
4 positive and was an MLVA and PFGE match and that GOPAC
5 meat was used in the grind that was sold to consumers who
6 became ill?
7 A. Within the caveats of the fidelity of MLVA and
8 the recognition that it is a genetic tool that can by its
9 nature be variable because genes vary, the significance of
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

REDACTED

EXHIBIT

REDACTED

REDACTED

REDACTED

Page 61

1  coli O157 is known to reside on an ongoing basis per our
2  earlier conversation. That gets into feed lots, water
3  troughs, et cetera, et cetera, out somewhere where cattle
4  are being brought up.
5  Q.  Why would feed lots --
6  A.  Can I finish my --
7  Q.  I'm sorry. I thought you were done.
8  A.  The second component to that was this a
9  spontaneous mutation that occurred in E. coli O157 that
10  was similar but the -- there was then a mutation that
11  resulted in a MLVA match and that there is no common
12  denominator. I figured that that's less likely than a
13  common feed lot source, but, again, it's a possibility.
14  Q.  All right. So putting the spontaneous -- what
15  did you call it?
16  A.  Mutation.
17
18
19
20
21
22
23
24
25

REDACTED

REDACTED

7  Q. Are you familiar with the organoleptic method of
8     inspecting meat products?
9  A. I'm familiar with what organoleptic means.
10 Q. Are you familiar with that in the context of
11    supervising meat plants?
12 A. No.
13 Q. Thus do you have any way to -- I take it then
14    since you don't know that you don't have a way to assess
15    the relative effectiveness of organoleptic versus HACCP in
16    controlling meat plants?
17 A. That would be a correct assumption.
18 Q. What's your understanding of what HACCP is in a
19    slaughter/fab facility?
20 A. It's application of the seven principals of HACCP
21    that provide a continuum of controls. Each one of which
22    adds to the previous one with the end result of
23    progressively minimizing the likelihood of a pathogen of
24    concern or an agent of concern because it's not just
25    pathogens. Leaving product into -- being in product and

REDACTED

REDACTED