## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

MARGARET LONG,      )
            )
      Plaintiff    )    Civil Action
            )    Docket No. 1:09-cv-00592-GZS
v.           )
            )
FAIRBANK FARMS, INC., et al.,   )
            )
      Defendants and   )
      Third-Party Plaintiffs  )
            )
v.           )
            )
GREATER OMAHA PACKING   )
COMPANY, INC.,     )
            )
      Third-Party Defendant  )

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by (1) plaintiff, (2) defendants Fairbank Farms, Inc. and Fairbank Reconstruction Corp., and (3) defendant Greater Omaha Packing Co., through their respective counsel, that all of plaintiff's claims against all defendants in this action may be dismissed with prejudice and without costs.

Dated this 11th day of March, 2011.

**MARLER CLARK**
Attorneys for Plaintiff

s/David W. Babcock
David W. Babcock, *dbabcock@marlerclark.com*

1301 2nd Avenue, Suite 2800
Seattle, WA 98101
206-346-1888

Dated this 11th day of March, 2011.

          **DOUGLAS, DENHAM, BUCCINA & ERNST**
          Attorneys for Defendant,
          Greater Omaha Packing Co.

          s/Allison A. Denham
          Alison A. Denham, *adenham@dougden.com*

103 Exchange Street
P.O. Box 7108
Portland, ME 04112
207-347-2588

Dated this 11th day of March, 2011.

          **GASS WEBER MULLINS LLC**
          Attorneys for Defendants,
          Fairbank Farms, Inc. and
          Fairbank Reconstruction Corp.

          s/Ralph A. Weber
          Ralph A. Weber, *weber@gasswebermullins.com*
          Shawn K. Stevens, *stevens@gasswebermullins.com*

309 North Water Street, 7th Floor
Milwaukee, WI 53202
414-223-3300

Of counsel:
Paul C. Catsos, Esq.
Thompson & Bowie, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME 04112
(207) 774-2500
*pcatsos@thompsonbowie.com*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2011, I electronically filed Stipulation for Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Paul C. Catsos, Esq.
Elizabeth K. Peck, Esq.
Thompson & Bowie, LLP
Three Canal Plaza
P.O. Box 4630
Portland, ME  04112
pcatsos@thompsonbowie.com
epeck@thompsonbowie.com

Peter C. Felmly, Esq.
Drummond, Woodsum
84 Marginal Way, Ste. 600
Portland, ME 04101
pfelmly@dwmlaw.com

Shawn K. Stevens, Esq.
Ralph A. Weber, Esq.
Gass Weber Mullins, LLC
309 North Water Street
Milwaukee, WI 53202
stevens@gasswebermullins.com
weber@gasswebermullins.com

Alison A Denham, Esq
Douglas, Denham, Buccina & Ernst
PO Box 7108
Portland, Me 04112
adenham@dougden.com

Brian D. Nolan, Esq.
Susan Stryker, Esq.
Nolan, Olson & Stryker, P.C., L.L.O.
Two Old Mill, Suite 240
10855 West Dodge Road
Omaha, Nebraska 68154-266
bnolan@nolanolson.com
sstryker@nolanolson.com

Dated:  March 11, 2011.

/s/David W. Babcock
David W. Babcock, Esq.

3