# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| MARGARET LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 1:09-cv-592-GZS |
| | ) | |
| FAIRBANK FARMS RECONSTRUCTION CORP., | ) | |
| | ) | |
| Defendant & Third-Party Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREATER OMAHA PACKING COMPANY, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| ALICE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 2:10-cv-60-GZS |
| | ) | |
| FAIRBANK FARMS RECONSTRUCTION CORP., | ) | |
| | ) | |
| Defendant & Third-Party Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREATER OMAHA PACKING COMPANY, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

# ORDER & NOTICE DESIGNATING A LEAD DOCKET
# FOR THE CONSOLIDATED TRIAL

On August 15, 2011, this Court consolidated the claims remaining for trial in *Long v. Fairbank Farms Reconstruction Corp.,* (D. Me. Docket # 1:09-cv-592-GZS) and *Smith v. Fairbank Farms Reconstruction Corp.*, (D. Me. Docket # 2:10-cv-60-GZS). As discussed at the October 4, 2011 Conference of Counsel, the Court now hereby designates the Docket in 1:09-cv-592 (the "Long Docket") as the lead docket for purposes of the upcoming trial. Counsel are hereby ORDERED that all future trial-related filings shall be filed only on the Long Docket. The parties are hereby notified that for any filings made on or after September 30, 2011 the Court will only review filings made on the Long Docket.

Counsel and interested parties reviewing the Docket No. 2:10-cv-60-GZS (the "Smith Docket") are hereby directed to the Long Docket to review trial-related submissions, orders and docket entries made on or after October 4, 2011. The Court considers all of the trial-related docket entries found on the Long Docket following this Order & Notice to be incorporated into the Smith Docket for purposes of any later motion or appeal. To the extent any party has made a substantively different trial-related filing on the Smith Docket on or after September 30, 2011, they shall re-file that document on the Long Docket for the Court's review. At the conclusion of the trial, the Court will file any verdict form and a final judgment on the Smith docket.

SO ORDERED.

    /s/ George Z. Singal
    United States District Judge

Dated this 4th day of October, 2011.