**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | | |
|---|---|---|
| MARGARET LONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 1:09-cv-592-GZS |
| | ) | |
| FAIRBANK FARMS RECONSTRUCTION CORP., | ) | |
| | ) | |
| Defendant & Third-Party Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GREATER OMAHA PACKING COMPANY, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**REPORT OF CONFERENCE & TRIAL MANAGEMENT ORDER**

On October 4, 2011, the Court held a conference of counsel in preparation for an upcoming jury trial in this matter. The following counsel of record were in attendance:

| **For Third-Party Plaintiff:** | **For Third Party-Defendant:** |
|---|---|
| Paul Catsos, Esq. | Alison Denham, Esq. |
| Ralph Weber, Esq. | Brian David Nolan, Esq. |
| Shawn Stevens, Esq. | Susan Stryker, Esq. |
| | David Patterson Gloor, Esq. |
| | Stephen Ellebecker, Esq. |

Jury selection in this matter will proceed on October 31, 2011 at 9 AM. Magistrate Judge Rich will preside at jury selection and will hold a conference of counsel immediately prior at 8 AM on October 31, 2011. This Court will hold its own final pretrial conference with counsel immediately after jury selection.

Trial will commence promptly at 8:30 AM on November 1, 2011. Each side will be allowed forty minutes for oral argument and the Court will provide one five minute warning. The Court anticipates that each trial day will run from 8:30 AM until 3:00 PM with two 15-minute breaks. The Court expects all counsel to be prompt and respectful of the jury's time. To the extent possible issues that need to be raised outside the hearing of the jury shall be raised by requesting a brief conference of counsel prior to 8:30 AM or after 3:00 PM.

The Court will initially allot each side five days in which to present its case. Fairbank shall present its case on November 1-4 and November 7. GOPAC shall present its case November 8-10 and November 14-15. This division of trial time is subject to adjustment at the Court's discretion. The Court expects counsel to confer if it appears that either side will complete its presentation of evidence in less than the allotted time. The Court expects that closing arguments and jury instructions will take place by November 17, 2011.

Each side shall ensure that they have ample witnesses present to fill each trial day. Only one attorney from each side shall be designated for each witness. By the end of each trial day, counsel shall inform opposing counsel of the witnesses that will be called the following day.

All counsel who intend to use the courtroom electronic evidence presenter shall contact the Court's IT Staff to make appropriate reservations and receive necessary training.

At the request of counsel, the Court extended the deadline for filing a joint amended exhibit list to October 12, 2011. Counsel are advised that failure to note a valid basis for an objection on the exhibit list will result in waiver of any objection and admission of the exhibit. As discussed at the conference of counsel, the Court expects that ALL exhibits to be used at trial will be listed on the joint amended exhibit list. Counsel shall request a conference outside the

hearing of the jury before attempting to use any exhibit not listed on the to-be-filed joint amended exhibit list.

To date, the parties have not agreed on any stipulations. The parties shall prepare any stipulation reached before trial as a written exhibit that will be received into evidence without objection.

The Court expects at least one local counsel will be present for all trial proceedings.

SO ORDERED.

                                                             /s/ George Z. Singal
                                                             United States District Judge

Dated this 4th day of October, 2011.