REDACTED

Entire Exhibit Redacted


EXHIBIT K