Page 118

REDACTED

16 LM is a human pathogen that typically is
17 going to be present in the environment of a moist
18 facility. It will grow in refrigeration temperatures, and
19 it has the capacity then to contaminate product. My
20 understanding of LM in the context of beef production is
21 that it's not an organism that would typically enter trim
22 or get on trim as a sequence of fecal contamination from
23 the animal, although it is certainly a fecal organism and
24 one could envision that that is how it's getting into the
25 facility in the first place.

Page 119

1 But unlike E. coli O157, LM is a very clearly
2 a colonizer of environment infrastructure, as we have
3 discussed earlier. With that as backdrop, when the --
4 when one sees LM out of spec with a requirement, what does
5 that mean? And I'm asking myself, why do Fairbank Farms
6 even care about LM in this context? And I don't know the
7 true answer to that because I haven't had a discussion
8 with the person who set the standard.
9 But logic and experience would tell me that
10 if you are consistently out of spec with an environment
11 contaminate, it would indicate many examples of this at
12 FDA that your environment controls and your clean ups are
13 less than desirable. That is not a direct correlate with
14 the presence of E. coli O157 in the environment or on the
15 meat product coming out of a place that's high in LM. But
16 the logic would tell me the reason Fairbank is asking for
17 that is it gives them an indicant of whether a supplier
18 has got their systems in control. LM being probably the
19 best marker of their environmental clean up controls. So
20 consistently out of spec for LM could be interpreted as
21 this operation is not as buttoned up, as clean, as careful
22 as it could be.
23 Q. Anything else?
24 A. No. I reserve the right to add something later,
25 but based on immediate response to your question, no.

Page 120

1 Q. Well, let me see if I summarized it correctly.
2 When I asked what is the logical linkage between the
3 positive LM test result and the likelihood that a
4 particular supplier was the source of bacteria that got
5 people sick, I think your answer is LM might to Fairbank,
6 and you don't know because you haven't asked them, be an
7 indicator of how buttoned up the facility is or isn't,
8 fair?
9 A. That's the appraisal of what I said. I think if
10 you read what I said specifically you'll determine the
11 accuracy of your summary.
12 Q. Well, how about you, do you think I got it
13 accurately?
14 A. You got most of it.
15 Q. What did I miss?
16 A. I don't think you missed anything substantive.
17 Q. You make mention in your report about a case in
18 Madera County.
19 A. Yes.
20 Q. What do you know about that? In other words, you
21 just saw it on the line list, or do you have information
22 beyond that?
23 A. What I know about that is this was a male in his
24 20s, developed speculation gastroenteritis, got tested,
25 and was found to have E. coli O157 in the stool sample.

Page 121

1 Don't know how sick he got. And that the investigation of
2 his potential exposures revealed minimal contact with
3 consumption of ground beef product. Little vague on that.
4 I think some of the records indicated that he did
5 periodically consume ground beef, but no connectivity with
6 shopper's cards or any of the other investigational
7 process to the cases that were occurring in the same
8 timeframe on the East Coast.
9 Q. There was no linkage identified?
10 A. Other than the commonality of the genetic typing,
11 correct.
12 Q. Right. And no linkage as to source of the
13 bacteria was identified?
14 A. That's right. My understanding, correct.
15 Q. Which could mean that there was a common source
16 and it wasn't determined, right?
17 A. It could mean that.
18 Q. What else could it mean?
19 A. It could mean that the E. Coli O157 that he had
20 was a close cousin of the outbreak strain that developed
21 that was a mutation while it was in him or during culture
22 that then was identical.
23 Q. Any other possibilities come to mind?
24 A. What did we say? We said common source, we have
25 said it's a spontaneous mutant. That's about it.

EXHIBIT E