# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| MARGARET LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:09-cv-592-GZS |
| | ) |
| FAIRBANK FARMS RECONSTRUCTION CORP., | ) |
| | ) |
| Defendant & Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GREATER OMAHA PACKING COMPANY, INC., | ) |
| | ) |
| Third-Party Defendant. | ) |

## ORDER ON MOTION IN LIMINE
### RE: Supplemental Expert Opinions

Before the Court is the Motion in Limine to Exclude Introduction of New Opinions by James L. Marsden, Ph.D. by Third-Party Defendant Greater Omaha Packing Company, Inc. ("GOPAC") (Docket # 270). The Motion is hereby DENIED. In light of the ongoing nature of this litigation in multiple jurisdictions, the Court finds that the September 26, 2011 Marsden supplement has not hampered or harmed GOPAC's ability to prepare for trial. As a matter of fairness to both sides, the Court will allow any expert testimony at trial so long as that testimony was subject to disclosure at least thirty days before trial (in this case, by October 1, 2011). See Fed. R. Civ. P 26(a)(3)(B) & (e).

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 17th day of October, 2011.