UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FAIRBANK RECONSTRUCTION CORP.<br>Third-Party Plaintiff,<br><br>v.<br><br>GREATER OMAHA PACKING COMPANY INC.<br>Third-Party Defendant | )<br>)<br>)<br>)  Civil Docket Numbers:<br>)  1:09-cv-592-GZS and<br>)  2:10-cv-60-GZS<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

These actions came on for a consolidated trial before the Court and a jury, the Honorable George Z. Singal, United States District Judge presiding. The issues having been duly tried and the jury having rendered its verdict on November 10, 2011; JUDGMENT is hereby entered in favor of Third-Party Plaintiff, Fairbank Reconstruction Corp. and against Third-Party Defendant, Greater Omaha Packing Company, Inc.

                                                                    CHRISTA K. BERRY
                                                                    CLERK

                                          By:    /s/Lindsey Caron
                                                      Deputy Clerk

Dated: November 14, 2011