# United States Court of Appeals
## For the First Circuit

---

No. 12-1412

MARGARET LONG; ALICE SMITH,

Plaintiffs,

v.

FAIRBANK RECONSTRUCTION CORP., d/b/a Fairbank Farms, Inc.,

Defendant/Third-Party Plaintiff, Appellee,

v.

GREATER OMAHA PACKING CO., INC.,

Third-Party Defendant, Appellant.

---

**JUDGMENT**

Entered: November 21, 2012

    This cause came on to be heard on appeal from the United States District Court for the District of Maine and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.


By the Court:

/s/ Margaret Carter, Clerk


cc: Mr. Briefel, Mr. Catsos, Ms. Denhan, Ms. Douglas, Mr. Felmly, Mr. Neumeier, Ms. Peck & Mr. Weber.